**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO. 4:09 CR 210** |
| | ) | |
| **Plaintiff/Respondent,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Willard Smith,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant/Petitioner.** | ) | |

This Court, having issued its Memorandum of Opinion and Order denying petitioner's Motion to Vacate Under Section 2255 (Doc. 110), hereby enters judgment for respondent. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

IT IS SO ORDERED.

                                               /s/Patricia A. Gaughan
                                               PATRICIA A. GAUGHAN
Date:    7/19/13                 United States District Judge